FILED
CLERK, U.S. DISTRICT COURT

OCT 10 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEJARANO AVILEZ GERARDO,                )   No. CV 10-6598 JST (FFM)
               Petitioner,              )
                                        )   JUDGMENT
       v.                               )
                                        )
TERESER A. BANKS, Warden,                )
               Respondent.              )

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 10·10·11

JOSEPHINE STATON TUCKER
United States District Judge